ISABEL C. BALBOA, ICB-4082
ISABEL C. BALBOA, STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002
(856) 663-5002
CHAPTER 13 STANDING TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

DEBTOR: GRACE V. MASSELLA
CASE NUMBER: 19-33514 ABA

NOTICE OF RESERVE ON CLAIM

CREDITOR: PHH MORTGAGE CORPORATION
TRUSTEE CLAIM #: 6
COURT CLAIM #: 4

Please be advised that a reserve has been placed on the above named claim for the following reason:

_____  Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court.

_____  The creditor cannot locate an account for the debtor under the account number provided. The correct account number must be provided in writing.

_____  The creditor is not cashing checks issued by the Trustee. Payments will not resume until a written request is sent by the creditor to the Trustee.

__X___  **THE DEBT HAS BEEN TRANSFERRED AND THE NEW CREDITOR WILL NOT ACCEPT FUNDS. DISBURSEMENTS WILL NOT RESUME UNTIL THE NEW CREDITOR AGREES TO ACCEPT FUNDS**.

_____  The creditor refuses to accept partial payments. Issue must be resolved by debtor's attorney or Pro Se debtor, and Trustee must be notified in writing of resolution.

_____  the creditor has failed to file a proof of claim.

_____  the debtor has failed to file a proof of claim for a creditor provided for in the plan pursuant to Fed. R. Bankr. P. 3004

\_\_\_\_\_     the creditor has received stay relief, as per order entered
\_\_\_\_\_     Other:

**In the event the creditor seeks to file a claim after the expiration of the claims bar date, the creditor must obtain an Order Allowing Late Proof of Claim in accordance with Fed. R. Bankr. P. 3002(c) and 9006(b)(3). If a late proof of claim is filed, and an Order Allowing Late Proof of Claim has not been entered by the Court, the late claim WILL NOT be paid. The Chapter 13 Trustee will reserve the amounts provided in the plan for such creditor pending further Order of the Court.**

Request for additional information should be directed to: Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38, Suite 580, Cherry Hill, NJ 08002.

Dated:  FEBRUARY 15, 2022                    */s/ Isabel C. Balboa*
                                             Chapter 13 Standing Trustee

Copy to:

PHH MORTGAGE CORPORATION
PHH MORTGAGE SERVICES
P.O. BOX 24606
WEST PALM BEACH, FL 33416

KML LAW GROUP, PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA 19106

LAW OFFICES OF LEE M. PERLMAN
1926 GREENTREE ROAD
SUITE 100
CHERRY HILL, NJ 08003

GRACE V. MASSELLA
4307 WESTR BRIGANTINE AVENUE
#A
BRIGANTINE, NJ 08203