Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-33514 (ABA)

Grace V. Massella  
4307 West Brigantine Avenue  
#A  
Brigantine, NJ  08203

Monthly Payment: $501.62  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/24/2022 | $501.62 | 03/28/2022 | $501.62 | 04/25/2022 | $501.62 | 05/31/2022 | $501.62 |
| 06/28/2022 | $501.62 | 07/27/2022 | $501.62 | 09/27/2022 | $501.62 | 10/31/2022 | $501.62 |
| 11/29/2022 | $501.62 | 12/29/2022 | $501.62 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GRACE V. MASSELLA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $4,115.00 | $4,115.00 | $0.00 | $456.84 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $500.00 | $500.00 | $0.00 | $119.85 |
| 1 | CIT BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ONE BANK NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | MERRICK BANK | 33 | $1,565.23 | $0.00 | $0.00 | $0.00 |
| 4 | FURNITUREBAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $605.51 | $0.00 | $0.00 | $0.00 |
| 6 | PHH MORTGAGE CORPORATION | 24 | $21,786.99 | $10,441.03 | $11,345.96 | $5,387.75 |
| 7 | TOTAL WOUND CARE SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $856.32 | $0.00 | $0.00 | $0.00 |
| 12 | PHH MORTGAGE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK, N.A. | 33 | $1,264.77 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 1.00 | $0.00 |
| 02/01/2020 | Paid to Date | $920.00 |
| 03/01/2020 | 6.00 | $492.00 |
| 09/01/2020 | 52.00 | $501.62 |
| 01/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,016.20 |
| Total paid to creditors this period: | $5,964.44 |
| Undistributed Funds on Hand: | $916.96 |
| Arrearages: | $501.62 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**