Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−33514−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Grace V. Massella
  aka Grace V. Bertino
  4307 W. Brigantine Avenue #A
  Brigantine, NJ 08203

Social Security No.:
  xxx−xx−1671

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             September 15, 2023
Time:              09:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*43* − Certification in Opposition to (related document:42 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/14/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Lee Martin Perlman on behalf of Grace V. Massella. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: August 10, 2023
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Grace V. Massella  
    Debtor

Case No. 19-33514-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 10, 2023      Form ID: 173      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Grace V. Massella, 4307 W. Brigantine Avenue #A, Brigantine, NJ 08203-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
    on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan  
    on behalf of Creditor New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan  
    on behalf of Creditor BANK OF NEW YORK MELLON TRUST hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan  
    on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust hkaplan@rasnj.com, kimwilson@raslg.com

Holly Hamilton  
    on behalf of Creditor Compu-Link Corporation DBA Celink as attorney in fact for Bank of New York Mellon Trust Company

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: 173 | Total Noticed: 1 |

N.A. as Trustee for Mortgage Assets Management Series I Trust bankruptcy@gmlaw.com

Holly Hamilton
on behalf of Unknown Role Type PHH Mortgage Co. bankruptcy@gmlaw.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kimberly A. Wilson
on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust kimwilson@raslg.com

Lee Martin Perlman
on behalf of Debtor Grace V. Massella ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11