UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

In Re:

GRACE V. MASSELLA

**Order Filed on September 19, 2023
by Clerk
ISABEL C. BALBOA
U.S. Bankruptcy Court
District of New Jersey**

Case No:                19-33514-ABA

Hearing Date:

Judge:                  Andrew B. Altenburg, Jr.

Chapter:                13

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: September 19, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☐    The debtor(s)' case is hereby DISMISSED

☒    The debtor(s)' plan is allowed to continue at the regular monthly payment of $625.00 for a period of

15 months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of

more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of

said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order

dismissing the debtor(s)' case.

☐    An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the

debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒    Other:

☒        IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause

retains jurisdiction over any additional application filed within 30 days by any

administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

☒        IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears

being capitalized throught the debtor(s)' plan, and the plan shall continue at $19,633.98 which

represents total receipts applied to plan.

2

IS_CHH_5001_OTBS

☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to

continue with a lump sum payment of _____ due within __ days from

the date of this Order.

☐ IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed,

such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for

Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)'

case.

☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier

payments of

☐ This order incorporates a fee application for debtor(s)' attorney in the

amount of _____ pending Court approval.

☒ A status hearing shall be held on <u>11/17/2023</u>.

IS_CHH_5001_OTBS

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-33514-ABA

Grace V. Massella                                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                    Page 1 of 2

Date Rcvd: Sep 19, 2023                     Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

**Recip ID              Recipient Name and Address**
db              +  Grace V. Massella, 4307 W. Brigantine Avenue #A, Brigantine, NJ 08203-1401

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
                        on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust
                        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
                        on behalf of Creditor New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust
                        hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan
                        on behalf of Creditor BANK OF NEW YORK MELLON TRUST hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
                        on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust
                        hkaplan@rasnj.com, kimwilson@raslg.com

Holly Hamilton
                        on behalf of Creditor Compu-Link Corporation DBA Celink as attorney in fact for Bank of New York Mellon Trust Company

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: Sep 19, 2023

Form ID: pdf903

Total Noticed: 1

N.A. as Trustee for Mortgage Assets Management Series I Trust bankruptcy@gmlaw.com

Holly Hamilton

on behalf of Unknown Role Type PHH Mortgage Co. bankruptcy@gmlaw.com

Isabel C. Balboa

ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kimberly A. Wilson

on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust kimwilson@raslg.com

Laura M. Egerman

on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com

Lee Martin Perlman

on behalf of Debtor Grace V. Massella ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12