**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

In Re:

Grace V. Massella

Case No.: 19-33514-ABA

Chapter: 13

Hearing Date: June 18, 2024

Judge: Andrew B. Altenburg Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion for Relief from Stay and Motion for Relief from Co-Debtor Stay (DE 51)

_____

Date: 06/12/2024

/s/ Laura Egerman
Signature

*rev.8/1/15*